**No. 39653.**—Protests 702311–G, etc., of Sears, Roebuck & Co. (Savannah).

Opinion by KEEFE, J. Since the footed mugs in question are not tableware, kitchenware, or table or kitchen utensils the protests were sustained on the authority of Abstract 27378.

OCTOBER 14, 1938

**No. 39654.**——Protests 929122–G, etc., of Torino Trading Corp. Abstract 39295. Application by plaintiff for rehearing denied.

BEFORE THE FIRST DIVISION, OCTOBER 19, 1938

**No. 39655.**—Protests 720805–G, etc., of Weymouth & Young et al. (Seattle).

Opinion by SULLIVAN, J. On the authority of *Associated Commercial Co.* v. *United States* (T. D. 47649), and Abstracts 32654, and 38912 the bottles in question were held dutiable as claimed at one-third the rate at which they were assessed under paragraphs 217 and 810.

**No. 39656.**—Protest 713777–G of Langfelder, Homma & Hayward, Inc. (San Francisco).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of uninflated rubber balls the same as those the subject of *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770). The claim at 30 percent under paragraph 1502 was therefore sustained.

**No. 39657.**—Protest 946833–G(A) of E. Leitz, Inc. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Leitz* (24 C. C. P. A. 139, T. D. 48622), *United States* v. *Zeiss* (id. 145, T. D. 48624), and *Agfa Ansco Corp.* v. *United States* (T. D. 48325) the claim at 20 percent under paragraph 1551 was sustained.